IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.                                                             Case No.: 1:21-cr-000247-JDB-1

**BRADLEY WAYNE WEEKS,**

    **Defendant.**

_____

## DEFENDANT'S AMENDED[1] UNOPPOSED MOTION TO SCHEDULE RESENTENCING HEARING

Defendant, Bradley Wayne Weeks, by and through undersigned counsel, hereby moves this Honorable Court for its Order scheduling a resentencing hearing. In support thereof, Defendant states:

1. Following a bench trial, Defendant was found guilty of all counts with which he was charged in the Indictment, *to wit:* Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§1512(c)(2) and 2; Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. §1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. §1752(a)(2); Violent Entry and Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. §5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. §5104(e)(2)(G).

2. On August 16, 2023, this Court sentenced Defendant to ten (10) months incarceration on each of counts 1, 2, and 3 to run concurrently, and six (6) months incarceration on each of counts 4 and 5, to run concurrently with each other and with counts 1, 2, and 3.

---

[1] Undersigned counsel apologizes for any confusion created by this filing, but undersigned counsel misunderstood the Government's position regarding an updated Pre-Sentence Investigation Report and need for supplemental briefs. Accordingly, paragraph 7 has been amended to accurately represent the Government's position.

Additionally, this Court sentenced Defendant to 24 months of supervised release on count 1, and twelve months of supervised release on each of counts 2 and 3, to run concurrently with each other and with count 1. As a special condition of supervision, this Court ordered Defendant to be subject to home detention with location monitoring for the first year of supervised release. (D.E. 103)

3. Defendant appealed his conviction for Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§1512(c)(2) and 2. (D.E. 105)

4. Following the Supreme Court's issuance of its Opinion in *Fischer v. United States*, 603 U.S. ---, 144 S.Ct. 2176 (June 28, 2024), the Government consented to vacating Defendant's conviction for Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§1512(c)(2) and 2.

5. On September 9, 2024, the D.C. Circuit Court of Appeals issued its Order vacating Defendant's conviction under 18 U.S.C. §1512(c)(2) and remanding this case for further proceedings, as well as issuing its mandate in this cause. (D.E. 112)

6. In view of the above, Defendant requests that this Court schedule a resentencing hearing.

7. Undersigned counsel has conferred with Assistant United States Attorney Jamie Carter and is authorized to represent that the Government does not oppose this motion. In conferring with the Government, the Government believes that a revised Pre-Sentence Investigation Report (PSR) should be prepared, as well as the need to file supplemental sentencing memoranda. However, given there has been no violations of his supervised release, undersigned counsel does not believe a revised PSR needs to be prepared, nor the need for supplemental memoranda. Defendant has already served the incarcerative portion of his sentence and the sole issue for resentencing is the need for any period of supervised release and/or the conditions thereof.

WHEREFORE, Defendant, Bradley Wayne Weeks, respectfully requests this Honorable Court schedule resentencing in this matter.

Respectfully submitted,

/s/ Matthew R. Kachergus

Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Jamie Carter, Assistant U.S. Attorney**
**Kathryn E. Fifield, Trial Attorney**
**U.S. Department of Justice**
**U.S. Attorney's Office for the District of Columbia**
**555 Fourth Street, NW**
**Washington, DC 20530**

/s/ Matthew R. Kachergus
ATTORNEY

3