**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-247 (JDB)** |
| **v.** | : | |
| | : | |
| **BRADLEY WAYNE WEEKS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES'S SECOND RESPONSE TO THE COURT'S**
**MINUTE ORDER OF JANUARY 22, 2025**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, takes the position that By The President of the United States of America A Proclamation (January 20, 2025) ("the Proclamation") ended the pendency of this case including the supervised release. Express acceptance of the pardon is not required, and the issuance of certificates by the Office of the Pardon Attorney is a formality. These certificates are not necessary to prove that someone is covered under the proclamation unless this Court was to require it. The government's position is that Mr. Weeks' indictment is covered by the Proclamation.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: _____/s/_____
Jamie Carter
Assistant United Stats Attorney
D.C. U.S. Attorney's Office
601 D St. NW
Washington, D.C. 20530
Jamie.Carter@usdoj.gov
(202) 252-6741

1